FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HIGHER TASTE, a Washington Non-Profit Corporation, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CITY OF TACOMA, a Metropolitan Municipal Corporation; et al., <br><br> Defendants - Appellees. | No. 11-36046 <br><br> D.C. No. 3:10-cv-05252-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |

Before: TALLMAN and WATFORD, Circuit Judges, and GLEASON, District Judge.[*]

We decline to consider Appellant's request for attorney's fees on appeal in the first instance. Appellant's request for attorney's fees on appeal is transferred to the district court for consideration. *See* 9th Cir. R. 39-1.8.

---

[*] The Honorable Sharon L. Gleason, United States District Judge for the District of Alaska, sitting by designation.